## FOURTH DEPARTMENT, DECEMBER, 1956

### (December 19, 1956)

■ AGNES HUTH, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages for personal injuries alleged to have been sustained by claimant by reason of an automobile skidding on a defective highway.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ DONALD E. HUTH, Appellant, v. STATE OF NEW YORK, Respondent.— Same decision and like cause of action as in companion case of *Huth* (*Agnes*) v. *State of New York* (3 A D 2d 639).

■ FRANK HUTH, JR., Appellant, v. STATE OF NEW YORK, Respondent.— Same decision and like cause of action as in companion case of *Huth* (*Agnes*) v. *State of New York* (3 A D 2d 639).

■ FRANK HUTH, SR., Appellant, v. STATE OF NEW YORK, Respondent.— Same decision and like cause of action as in companion case of *Huth* (*Agnes*) v. *State of New York* (3 A D 2d 639).

■ HAROLD JONES, Appellant, v. KENNETH ODELL, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Onondaga Trial Term for defendant for no cause of action in an action against a State trooper for damages for an alleged false arrest and imprisonment.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ EDWARD WALKER, Appellant, v. KENNETH ODELL, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Onondaga Trial Term for defendant for no cause of action in an action against a State trooper for damages for an alleged false arrest and imprisonment.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ JOHN L. SULLIVAN, Appellant, v. JOSEPH W. KLUN, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Chautauqua Trial Term for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ BERNARD S. COHEN, Respondent, v. MORRIS LOBER, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Onondaga Trial Term for plaintiff in an action to recover for legal services.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ CHARLES W. LORTSCHER, Respondent, v. SIMON VILINSKY, Appellant. (Action No. 1.) SIMON VILINSKY, Appellant, v. CHARLES W. LORTSCHER, Respondent. (Action No. 2.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe Equity Term for plaintiff in Action No. 1, directing defendant Vilinsky to specifically perform a contract to sell realty, and dismissing the complaint in Action No. 2, for a reformation of the contract.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT CARL DEMPERIO, Appellant.— Judgment of conviction and order affirmed. All concur. (Appeal from a judgment of Onondaga County Court convicting defendant of the crime of rape, first degree. The order denies a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.